**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | Chapter 11<br>SubchapterV |
| **RESTAURANT CORP UNLIMITED, LLC,** | Case No. 6:24-bk-06601-GER<br>*Lead case* |
| | *Jointly Administered with:* |
| **ABRAXAS, LLC,** | Case No. 6:24-bk-06602-GER |
| **OCEANS 222, LLC,** | Case No. 6:24-bk-06603-GER |
| **OCEANS 317, LLC,** | Case No. 6:24-bk-06604-GER |
| **OCEANS 330, LLC,** | Case No. 6:24-bk-06605-GER |
| **PINT PINT, LLC, and** | Case No. 6:24-bk-06606-GER |
| **VALE46, LLC,** | Case No. 6:24-bk-06607-GER |
| **Debtors.** / | |

### DEBTORS' JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY

The above-captioned Debtors, though counsel and pursuant to Local Rule 2081-1, hereby file this Joint Chapter 11 Case Management Summary.

**I.    DESCRIPTION OF DEBTORS' BUSINESSES**

1. The Debtors are all Florida limited liability companies.

2. The Lead Case, **RESTAURANT CORP UNLIMITED, LLC** ("Lead Debtor"), is an affiliate and has common management of the other jointly administered Debtors (collectively referred to as the "Affiliated Debtors")[1] (the Lead Debtor and the Affiliated Debtors are collectively referred to as the "Debtors").

3. Each of the Debtors is a single-purpose entity, dedicated to at least one restaurant operating as *Asian Chao*, *Tobu*, and *Maki of Japan*.

---

[1] The "Affiliated Debtors" are: Abraxas, LLC (Case No. 6:24-bk-06602); Oceans 222, LLC (Case No. 6:24-bk-06603); Oceans 317, LLC (Case No. 6:24-bk-06604); Oceans 330, LLC (Case No. 6:24-bk-06605); Pint Pint, LLC (Case No. 6:24-bk-06606); and Vale46, LLC (Case No. 6:24-bk-06607).

1

4. The following chart sets forth all of the Debtor names and the related restaurant information for each Debtor:

| Debtor | Store Location(s) |
|---|---|
| **RESTAURANT CORP UNLIMITED, LLC** *(Lead Debtor)* | 22705 Clarksburg Road<br>Unit 851 & 852<br>Clarksburg, MD 20871 |
| **ABRAXAS, LLC** | 6200 20th Street, Unit 454<br>Vero Beach, FL 32966 |
| **OCEANS 222, LLC** | 6020 E. 82ND Street, #1010<br>Indianapolis, IN 46250<br><br>and<br><br>1251 US Highway 31, Unit VC03<br>Greenwood, IN 46142 |
| **OCEANS 317, LLC** | 8702 Keystone Crossing VC02<br>Indianapolis, IN 46240 |
| **OCEANS 330, LLC** | 26300 Cedar Road, FC-7<br>Beachwood, OH 44122 |
| **PINT PINT, LLC** | 1700 W. New Haven Ave., #325<br>West Melbourne, FL 32904 |
| **VALE46, LLC** | 9469 W. Atlantic Blvd., #9427<br>Coral Springs, FL 33071 |

## II. LOCATIONS OF THE DEBTORS' OPERATIONS

5. The office location of the Lead Case, **RESTAURANT CORP UNLIMITED, LLC,** is located at 1000 Savage Court, Suite 200, Longwood, Florida 32750.

6. The Affiliated Debtors operate their respective restaurants at the addresses set forth in the chart above.

7. All of the Debtors lease their respective premises from third-party lessors.

III. **REASONS FOR AND EVENTS LEADING TO FILING CHAPTER 11**

8. Prior to the Petition Date, the Debtors were sued by Food Systems Unlimited, Inc. ("FSUI") for an alleged breach of contract. The Debtors dispute that any breach has occurred or any additional debt outside of the Franchise Agreement(s) with FSUI is owed. With attorney's fees and costs racking up, the Debtors ultimately became untenable and the costs of litigation completely unaffordable.

9. To protect their business, creditors, and interest holders the Debtors have determined that it was in the best interests of all parties to reorganize through chapter 11.

IV. **LIST OF OFFICERS AND DIRECTORS AND THEIR SALARIES AND BENEFITS AT TIME OF FILING AND DURING THE ONE YEAR PRIOR TO FILING**

10. Restaurant Corp Unlimited, LLC is an affiliate and has common management of the Affiliated Debtors.

11. The members of the Lead Debtor, Restaurant Corp Unlimited, LLC are as follows: Antonio S. Lomoriello (40%); Aaron Stevens (33.3%); and the Estate of Christopher Allen Stevens (26.7%). A breakdown of ownership for all Debtors is attached hereto as **Exhibit A**.

12. Antonio S. Lomoriello ("Mr. Lomoriello") is the Manager of: Abraxas, LLC; Oceans 222, LLC; Pint, Pint, LLC; Restaurant Corp Unlimited, LLC; and Vale46, LLC.

13. Aaron Stevens ("Mr. Stevens") is the Manager of Oceans 317, LLC and Oceans 330, LLC.

V. **DEBTORS' ANNUAL GROSS REVENUE**

14. The Debtors' approximate gross revenues are as follows:

| Debtor | 2023 | 2024 (to 10/31/24) |
|---|---|---|
| ABRAXAS, LLC | $744,000.00 | $452,000.00 |
| OCEANS 222, LLC | $4,795,000.00 | $3,422,000.00 |
| OCEANS 317, LLC | $864,000.00 | $595,000.00 |

| | | |
|---|---|---|
| OCEANS 330, LLC | $1,543,000.00 | $1,057,000.00 |
| PINT PINT, LLC | $2,456,000.00 | $1,853,000.00 |
| RESTAURANT CORP UNLIMITED, LLC | $1,264,000.00 | $857,000.00 |
| VALE46, LLC | $3,215,000.00 | $1,416,000.00 |

VI.   **AMOUNTS OWED TO VARIOUS CLASSES OF CREDITORS SECURED CLAIMS:**

   A.   **Priority Claims:**

   15.   The Debtors owe sales taxes to the States of Florida and Maryland for November 2024 in the estimated amount of $40,000.

   16.   The Debtors do not believe they owe any Federal Income Taxes.

   B.   **Secured Claims**

   17.   To secure the indebtedness owed to AXIOM BANK, N.A. ("Axiom") under a revolving line of credit in the amount of $2 million, of which the balance is roughly $230,000, Axiom holds a secured interest against virtually all assets of: RESTAURANT CORP UNLIMITED, LLC; ABRAXAS, LLC; OCEANS 330, LLC; PINT PINT, LLC; and VALE46, LLC. *See,* Fla. UCC-1 No. 202401839168 (Jul. 11, 2024), as amended by Fla. UCC-3 No. 202401847128 (Jul. 12, 2024). By virtue of its liens, Axiom may have an interest in Cash Collateral.

   18.   To secure the indebtedness owed to AXIOM BANK, N.A. ("Axiom") by VALE46, LLC, under a loan in the principal amount of $90,000, of which the balance is roughly $25,000, Axiom holds a secured interest against virtually all assets of VALE46, LLC. *See,* Fla. UCC-1 No. 202202705609 (Aug. 19, 2022). By virtue of its liens, Axiom may have an interest in Cash Collateral.

C. **Unsecured Claims:**

19. The Debtors estimate they owe less than $500,000 to unsecured creditors, most of whom are trade creditors. The liquidation of personal property is *de minimis*.

## VII. GENERAL DESCRIPTION AND APPROXIMATE VALUE OF THE DEBTORS' CURRENT AND FIXED ASSETS

20. As of the Petition Date, the Debtors' cash on hand, as of the Petition Date, is approximately $600,000.00.

21. The Debtors also own personal property, including but not limited to, various restaurant furnishings and equipment, with an estimated combined book value of $6,500,000.00 as of year-end.

## VIII. NUMBER OF EMPLOYEES AND AMOUNT OWED AS OF PETITION DATE

22. Together, the Debtors employ approximately ninety (90) W-2 employees (the "Employees"). Combined, the Debtors owe their Employees approximately $118,407.40 for prepetition employee wages, salaries, benefits, and related withholdings.

23. The Debtors' Employees are paid bi-weekly for services rendered during the prior two-week period. Each of the Debtors pay a management fee to MDP Restaurant Group, LLC, which pays the respective Employees through Paychex, a payroll processor.

24. The next payroll is to be paid on December 11, 2024, for the pay period beginning on November 18, 2024, and ending December 1, 2024.

## IX. STATUS OF DEBTORS' PAYROLL AND SALES TAX OBLIGATIONS

25. With respect to payroll taxes, the Debtors believe they are current on all tax obligations.

26. As set forth above in the section pertaining to priority claims, the Debtors owe approximately $40,000.00 to the States of Florida and Maryland for sales tax.

**X.     ANTICIPATED EMERGENCY RELIEF WITHIN 14 DAYS OF PETITION DATE**

27. The Debtors have filed the following motions seeking emergency relief within fourteen (14) days of the Petition Date, which requested a hearing date for **Tuesday, December 10, 2024**: (i) *Debtors' Emergency Motion for Authorization to Pay Prepetition Wages, Salaries, and Other Employee Benefits* (Doc. No. 4); and (ii) *Debtors' Emergency Motions to Use Cash Collateral* (Doc. No. 11).

**XI.    THE DEBTORS' STRATEGIC OBJECTIVES,**

28. Through this chapter 11 process, the Debtors intend to reorganize to allow for the successful continuation and reemergence of operations at all operating restaurants. To do so, the Debtors hope to negotiate their FSUI obligations. To that end, the Debtors will continue working cooperatively with their franchisor, landlords, and all other creditors to financially restructure. The Debtors will use chapter 11 to develop a joint plan that will restructure loan and/or lease terms and reduce expenses, so that the Debtors will emerge from Chapter 11 successfully.

**RESPECTFULLY SUBMITTED** this 6th day of December 2024.

/s/ R. Scott Shuker, Esq.
R. Scott Shuker, Esq.
Florida Bar No.: 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Telephone: (407) 337-2060
*Attorneys for the Debtors*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY**, together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: the **DEBTORS,** c/o Antonio S. Lomoriello, 1000 Savage Court, Suite 200, Longwood, FL 32750; **AXIOM BANK, N.A.**, 258 Southhall Lane, Suite 400, Maitland FL 32751 (mknorst@axiombanking.com); **FOOD SYSTEMS UNLIMITED, INC.**, 750 Florida Central Parkway, Suite 100, Longwood FL 32750; **WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**, Attn: Bradley M. Saxton, Esq., 329 Park Avenue North, Second Floor, P.O. Box 880, Winter Park, FL 32790-0880 (bsaxton@whww.com); all parties entitled to receive CM/ECF noticing; the creditors and interested parties listed on the mailing matrix attached to the original of this case management summary filed with the Court; and the **OFFICE OF THE UNITED STATES TRUSTEE**, George C Young Federal Building, 400 W. Washington Street, Suite 1100, Orlando, FL 32801, on this 6th day of December 2024.

/s/ R. Scott Shuker, Esq.
R. Scott Shuker, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:24-bk-06601-GER<br>Middle District of Florida<br>Orlando<br>Fri Dec  6 11:58:13 EST 2024 | Food Systems Unlimited, Inc.<br>c/o Bradley M. Saxton<br>PO Box 880<br>Winter Park, FL 32790-0880 | Restaurant Corp Unlimited, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 |
| Grace E. Robson<br>Orlando<br>, FL | Abraxas, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 | Alascc, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 |
| Asteve, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 | Axiom Bank, N.A.<br>258 Southhall Lane<br>Suite 400<br>Maitland, FL 32751-7457 | Cama4, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 |
| Comptroller of Maryland<br>Revenue Admin. Division<br>P.O. Box 8888<br>Annapolis MD 21401-8888 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Dept of Revenue<br>5050 W Tennessee St.<br>Tallahassee, FL 32399-0125 |
| Food Systems Unlimited, Inc.<br>750 Florida Central Parkway<br>Suite 100<br>Longwood FL 32750-7590 | Food Systems Unlimited, Inc.<br>c/o Lauren M. Reynolds<br>PO Box 880<br>Winter Park, FL 32790-0880 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Longwood Public Utilities<br>907 E. State Road 434<br>Longwood, FL 32750-5304 | Longwood Utilities Dept.<br>155 W. Warren Ave.<br>Longwood, FL 32750-4107 |
| Luna 2019, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 | MDP Restaurant Group, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 | Oceans 222, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 |
| Oceans 317, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 | Oceans 330, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 | Old Fashion Partnership, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 |
| Pint Pint, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 | Prisoner, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 | Search & Company, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 |
| Seminole Co. Tax Collector<br>104 Wilshire Blvd.<br>Casselberry, FL 32707-5345 | Seminole County Tax Collector<br>Post Office Box 630<br>Sanford FL 32772-0630 | Testamatta, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 |

| | | |
|---|---|---|
| Vale46, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 | Vero 01, LLC<br>1000 Savage Court, Suite 200<br>Longwood, FL 32750-4988 | Bradley M Saxton +<br>Winderweedle, Haines, Ward & Woodman, PA<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 |
| R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Audrey M Aleskovsky +<br>DOJ-Ust<br>400 W. Washington St.<br>Ste 1100<br>Orlando, FL 32801-2210 |
| Lauren M Reynolds +<br>Winderweedle Haines Ward & Woodman PA<br>329 North Park Avenue<br>Ste 2nd Floor<br>Winter Park, FL 32789-7406 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Food Systems Unlimited, Inc.<br>c/o Bradley M. Saxton<br>PO Box 880<br>Winter Park, FL 32790-0880 | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     1<br>Total                  38 |

**RESTAURANT CORP UNLIMITED, LLC - Case No. 6:24-bk-06601-GER**

Exhibit A to Joint Case Management Summary

**OWNERSHIP PERCENTAGES**

| | ANTONIO SCHIANO LOMORIELLO | AARON STEVENS | MASSIMILLIANO COSTAGLIOLA | ESTATE OF CHRISTOPHER ALLEN STEVENS | ADRIANA SCHIANO | ALESSANDRA DI PUORTO | CLARA MASA | LARA WU | VINCENZO SCHIANO LOMORIELLO | |
|---|---|---|---|---|---|---|---|---|---|---|
| **ABRAXAS, LLC** | 50.00% | - | 50.00% | - | - | - | - | - | - | 100.00% |
| **OCEANS 222, LLC** | 30.00% | 15.00% | - | 15.00% | - | 10.00% | 30.00% | - | - | 100.00% |
| **OCEANS 317, LLC** | - | 40.00% | - | 40.00% | 20.00% | - | - | - | - | 100.00% |
| **OCEANS 330, LLC** | - | 37.50% | - | 37.50% | - | - | - | 25.00% | - | 100.00% |
| **PINT PINT, LLC** | 100.00% | - | - | - | - | - | - | - | - | 100.00% |
| **RESTAURANT CORP UNLIMITED, LLC** | 40.00% | 33.30% | - | 26.70% | - | - | - | - | - | 100.00% |
| **VALE46, LLC** | 90.00% | - | - | - | - | - | - | - | 10.00% | 100.00% |